# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SPORTCO HOLDINGS, INC., *et al.,*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11299 (JKS)<br>(Jointly Administered) |
| RONALD J. FRIEDMAN ESQ., as trustee for the SportCo Creditors' Liquidation Trust,<br><br>    Plaintiff,<br><br>v.<br><br>SMITH & WESSON CORP. a/k/a SMITH & WESSON BRANDS, INC.,<br><br>    Defendant. | Adversary No. 21-50535 (JKS) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable By F.R.B.P. 7041, the plaintiff, Ronald Friedman, in his capacity as SportCo Creditors' Liquidation Trustee, and or his counsel, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the defendant, Smith & Wesson Corp. a/k/a Smith & Wesson Brands, Inc.

*[Signature Page to Follow]*

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number are: Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355), and United Sporting Companies, Inc. (5758). The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC 29036.

13258393/1

| | |
|---|---|
| Dated:  December 28, 2021 | MORRIS JAMES LLP |

<p style="margin-left: 40%;">
<u>/s/ Sarah M. Ennis</u><br>
Eric J. Monzo (DE Bar No. 5214)<br>
Brya M. Keilson (DE Bar No. 4643)<br>
Sarah M. Ennis (DE Bar No. 5745)<br>
500 Delaware Avenue, Suite 1500<br>
Wilmington, DE 19801<br>
Telephone: (302) 888-6800<br>
Facsimile: (302) 571-1750<br>
E-mail: emonzo@morrisjames.com<br>
E-mail: bkeilson@morrisjames.com<br>
E-mail: sennis@morrisjames.com<br>
<br>
and<br>
<br>
SILVERMANACAMPORA LLP<br>
Anthony C. Acampora (admitted pro hac vice)<br>
100 Jericho Quadrangle, Suite 300<br>
Jericho, NY 11753<br>
Telephone: (516) 479-6300<br>
Facsimile: (516) 479-6301<br>
E-mail: aacampora@silvermanacampora.com<br>
<br>
*Counsel to the SportCo Creditors'*<br>
*Liquidation Trust*
</p>